No. 86-5152.   SYKES v. MURRAY, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 86-5153.   INGLE v. CALIFORNIA.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 86-5155.   WOLLSCHLAGER v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 86-5156.   MAY v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86-5157.   HARVARD v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 86-5160.   FEWELL v. FEWELL.   Sup. Ct. S. C.   Certiorari denied.

No. 86-5161.   BRUMBAUGH v. BRUMBAUGH.   Sup. Ct. Fla.   Certiorari denied.

No. 86-5162.   CLARK v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 86-5163.   ANSARI v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 86-5164.   HAYNES v. VERDEYEN ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86-5165.   SPIOTTO v. LANE, DIRECTOR, ILLINOIS DEPART-MENT OF CORRECTIONS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86-5166.   LIRA v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 86-5167.   PEREA v. WINANS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 86-5168.   STIVALE v. DEPARTMENT OF THE NAVY.   C. A. Fed. Cir.   Certiorari denied.

No. 86-5169.   TOLIVER v. COMMUNITY ACTION COMMISSION TO HELP THE ECONOMY, INC. (CACHE).   C. A. 2d Cir.   Certiorari denied.